## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA NINTZE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>YORK RISK SERVICES GROUP, )<br>)<br>Defendant. )<br>)<br>) | Civil Action No. 2:21-303-JFC |

## **O R D E R**

AND NOW, this 12th day of October, 2021, IT IS HEREBY ORDERED, that the Clerk mark the above-captioned case closed; that nothing contained in this Order shall be considered a dismissal or disposition of this action, and, that should further proceedings therein become necessary or desirable, either party may initiate them in the same manner as if this Order had not been entered, and,

IT IS FURTHER ORDERED that the Court expressly retains jurisdiction in this matter to consider any issue arising during the period when settlement is being finalized, including, but not limited to, enforcing settlement.

BY THE COURT:

s/Joy Flowers Conti
Joy Flowers Conti
United States District Judge

cc/ecf: counsel of record